No. 486, October Term, 1949.  ROBERTSON ROCK BIT Co., INC. ET AL. *v.* HUGHES TOOL Co., 338 U. S. 948; and

No. 109.  WHELCHEL *v.* McDONALD, WARDEN, *ante,* p. 122.  Petitions for rehearing in these cases denied.

No. 170.  UNITED STATES *v.* PENNER INSTALLATION CORP., *ante,* p. 898.  Rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

FEBRUARY 26, 1951.

No. 423.  PALERMO *v.* GANEY, U. S. DISTRICT JUDGE.

*Per Curiam:* The petition for writ of certiorari is granted.  The order of the Court of Appeals is vacated and the case is remanded to that court with directions to dismiss the proceeding upon the ground that the cause is moot.  *Frederick Bernays Wiener* and *Jacob Kossman* for petitioner. *Solicitor General Perlman* for respondent.

No. 488.  KEMP *v.* SOUTH DAKOTA.  *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  MR. JUSTICE DOUGLAS dissents.  *Holton Davenport* for appellant.  *Sigurd Anderson,* Attorney General of South Dakota, *E. D. Barron,* Assistant Attorney General, and *Ray F. Drewry* for appellee.